TO: Judge William P. Dimitrouleas/Rodney Smith
From: Kerby Brown JR
RE: Brown v. United States
    Civil No. 0:26-CV-
    Criminal NO. 0:20-cr-60045-RS-1



FILED BY ___ D.C.
MAR 16 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

   Dear Honorable Judges. Please find and supplement
Or admend my motion under 28 U.S.C § 2255 to vacute,
Set Aside or Correct Sentence by a Person in Federal
Custody and Memorandum of Law in support thereof will
be forth coming. Please Submit this document to the Court.

   Dear Honorable Judges my name is Kerby Brown JR
inmate number 20040104 im currently being incarcerated at
Jesup Federal correctional Institution in the special Housing
Unit. Im Serving a 360 month Sentence due to me losing trial
back in August of 2022. Im writting this letter to the Courts
for two major reasons, the first would be the effectiveness of
my appointed Counsel and the second for my mental heath issues that
he neglected during my Pretrial Statusus.

   I was appointed Bradley Horenstein from the Horenstein
Firm in miami FL. Upon being appointed I confided in my
Counsel some information that I believed was important in furth-
ering my case. I informed him of a very serious car accident
I endured as a child; this accident not only injured me

(1)

but may have caused some brain damage and seriase trauma. I was about two or three years old when this accident took place, I vaguely remember it but have been polished on the situation due to certain family members informing me about it as I got older. This accident involved a 18 wheeler truck that colided with our vehicle, the vehicle held my father, sister, mother and myself, My mother and sister died on impact. My father and I survived. I sufferd major injurys to my spinal cord, in which the doctors deemed I would never walk again. As the years went I recoverd to full capacity. I broke down my background to my counsel, I also explained to him that my care givers we're not American Citizens and lacked the knowledge to get me evaluated as a child. I've asked my counsel to have me evaluated, but I never got a response back on this matter. Lastly I also described to him the things I delt with growing up, Starting with my eageness for defiance, difficulties getting along with myself, Sleep disturbances, short attention span, lack of concertration, My love for violence and physical abuse not only peeked my interst but increased my arousal in intense situations, I informed him of my affection for danger and riducousiy high sex drive. My memory tends to only keep events that were life threatning or circumstatially dangerouse. I've also noticed that my desires usually outweigh my rational thinking and I become aware of things I've done after their already done, and I tend to not remember how I even did or get involve with these things. I have moments where I feel like

Im not myself and I've been told by people that sometimes I act like Im not myself, whether Im in a gloomy or depressed or even when my anger takes control. Im asking that court look into these matters as my counsel did not.

To conclude I want the record to also show my counsel's disregard and neglect to me participating in my direct appeal as I was denied last year and he still hasn't informed me or my family of this denial in which the next step would be to file certiary but that time framehas elapsed making Counsel Ineffective.

Close: the information contained here is True / and correct to the best of my Knowledge.

Dated March 8th 2026                              Kerby Brown
                                                 Kerby Brown

May the court send copies to whom all it may concern please and thankyou.

(2)

Kerby Brown 200-40-104
Jesup Federal Correctional
Institution 2680 301 South
Jesup, GA 31599

Clerk of court

U.S. District of Florida
Fort Lauderdale Division

299 East Broward Boulevard #108
Fort Lauderdale, FL 33309