26 CV
60359

FILED BY_____ D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Im advising my district court of an address change, and for all legal mail to be forwarded to my new address at FCI McKean, Bradford Pennsilvania, Im also requesting an updated docket sheet and all Brady material as Im currently in the process of submitting my memrandum of Law for my pending 2255 motion. I had been serving DS time Pending a transfer from Jesup, GA to FCI McKean and have been in transit for quite some time, My last institution did not foward any of my legal material so Im requesti  full discovery under Brady vs maryland to help me further  and my pending 2255 motion please and thankyou

Kedaj Brown
200 40 104
7-5-2026

SCANNED



Ker...n JR 200-40-104
Federal correctional Institution
Mckean P.O. Box 8,000 Bradford,
PA 16701

United States District Court
Southern District of Florida
Office of the clerk Room 8N09
400 North miami. Avenue miami,
Florida 33128-7716

REC'D BY_____D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
OF FLA. - MIAMI